IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| MITCHELL VINCE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ISOTEC, INC., )<br>and )<br>WORLD AM COMMUNICATIONS, INC., )<br>)<br>Defendants. | CASE NO.: 04-M2213(BNB) |

## ORDER PERMITTING WITHDRAWAL

THE COURT, upon the proper Motion of Lamm & Butler, LLC, to withdraw from representation of Defendants, in all of his alleged capacities, and having complied with C.R.C.P. Rule 121 and given the notifications required thereby,

AND no objection having been noted thereto,

IT IS ORDERED that Lamm & Butler, LLC is hereby permitted to withdraw from representation of Defendants herein.

DONE this ___ day of February, 2006.

BY THE COURT:

_____
U.S. DISTRICT COURT JUDGE