IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.: 04-cv-02213-RPM

MITCHELL VINCE

    Plaintiff,

vs.

ISOTEC, INC., ET AL.

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 05 2007

GREGORY C. LANGHAM
CLERK

## STIPULATED ORDER FOR DISMISSAL WITHOUT PREJUDICE

THIS MATTER coming on to be heard this date by stipulation of the Parties for an order of dismissal of the captioned case without prejudice, same being based on a settlement whereby Plaintiff is contemporaneously rehired by Defendant World Am, Inc., for 20 months at six thousand dollars ($6000) per month; all set forth in his Consultation Agreement where Defendants immediately release Plaintiff from all claims asserted in this case and Plaintiff will release Defendants from all claims asserted in this case when the 20-month Consultation Agreement is successfully paid and completed; and said employment to resolve all issues as to all parties herein for the benefit of each, and this Court being so advised in the premises,

DOTH ORDER:

1. This case is dismissed without prejudice, and

2. Each Party to pay its own costs, expenses, and attorney's fees.

Dated: March 5, 2007

BY THE COURT:

_____
RICHARD P. MATSCH, Senior District Judge